# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Gary Dean Parker Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:23-cv-00075-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Anthony Gould, et al, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 25, 2023 Order.

May 25, 2023

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court